IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>RAFAEL PAHUA-MARTINEZ, )<br>Defendant. ) | Case No. 8:08CR415<br><br>ORDER TO WITHDRAW<br>EXHIBITS |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the government is ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Government Exhibit No. 1 - Sentencing held 5/20/09

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 14th day of July, 2009.

s/ Joseph F. Bataillon
United States District Judge

proc\Exhibits\Form-Order to Withdraw Appeal Time Pending.wpd
Approved 02/15/07